## TOM KING v. STATE.

No. A-4053.   Opinion Filed Nov. 23, 1921.
(201 Pac. 1119.)

Appeal from County Court, Caddo County; C. B. Case, Judge.

Tom King was convicted of a violation of the prohibitory liquor law, and he appeals. Appeal dismissed.

Morgan & Osmond, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Plaintiff in error, Tom King, was convicted on a charge of selling one quart of whisky to Ira Hamilton, and was sentenced to be confined in the county jail for 30 days and to pay a fine of $50. From the judgment he appealed by filing in this court on August 17, 1921, a petition in error with case-made. His counsel of record has moved the court to dismiss the appeal. The motion to dismiss is sustained, and it is ordered that the appeal herein be dismissed.